**No. 39147.**—Protests 256416–G, etc., of D. S. Hesse & Bro. et al. (New York).

Opinion by TILSON, J. It was found that certain items consists of cellulose filaments in the form of single or double yarns, similar to those involved in *Weinman* v. *United States* (T. D. 49408). The claim at 40 cents per pound under paragraph 31 was therefore sustained.